**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHASE MULLINS**                                                                                 **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-00643-LPR**

**BILL GILKY**                                                                                 **DEFENDANT**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommendation ("the Recommendation") submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 18). Plaintiff Chase Mullins has not filed any objections. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Mullins's Amended Complaint (Doc. 5) be dismissed without prejudice and Defendant Bill Gilky's Motion for Summary Judgment (Doc. No. 10) be denied as moot. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and associated Judgment dismissing this action is considered frivolous and not in good faith. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

Dated this 1st day of March 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE