IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHASE MULLINS                                                                                           PLAINTIFF

v.                                    Case No. 4:20-cv-00643-LPR

BILL GILKY                                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Chase Mullins's Amended Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

IT IS SO ADJUDGED this 1st day of March 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE