IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHASE MULLINS                                                                                                   PLAINTIFF

v.                                          Case No. 4:20-cv-00643-LPR

BILL GILKY                                                                                                       DEFENDANT

## AMENDED JUDGMENT[1]

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Chase Mullins's Amended Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Judgment and associated Order dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 1st day of March 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Judgment has been amended to remove the language suggesting that this dismissal should count as a "strike" under 28 U.S.C. § 1915(a)(3).